UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SCHERER DESIGN ENGINEERING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SHREDLAGE, LLC, <br><br> Defendant. | 4:15-CV-04003-KES <br><br> JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint motion for dismissal (Docket 38), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to any of the parties.

Dated April 18, 2016.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE